**STATE of Missouri, Respondent,**

v.

**Jeannie R. SWOPE, Appellant.**

**No. WD 70522.**

Missouri Court of Appeals, Western District.

Dec. 7, 2010.

Kent Denzel, Columbia, MO, for appellant.

Shaun J. Mackelprang, Jefferson City, MO, for respondent.

Before Division One: JAMES M. SMART, JR., P.J., MARK PFEIFFER, and CYNTHIA L. MARTIN, JJ.

## ORDER

PER CURIAM:

Jeannie Swope appeals her conviction following a jury trial for attempt to manufacture a controlled substance. She claims the trial court erred in denying a mistrial and in failing to disqualify the prosecuting attorney. The judgment is affirmed. Rule 30.25(b).